# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | CASE NO. 19-10363-TPA |
|  | : |  |
| Mark Charles Sigular and | : | CHAPTER 13 |
| Michelle Lee Sigular, | : |  |
| Debtors. | : |  |
|  | : |  |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**February 14, 2019 – Husband**

**February 21, 2019**

**February 28, 2019**

**March 7, 2019**

**March 14, 2019**

**March 21, 2019**

**March 28, 2019**

**April 4, 2019**

**Next Payment Advice Expected (post-filing):**

**April 11, 2019 – Husband**

C.B.      SIGULAR, MARK CHARLES AND MICHELLE LEE

000898
CO.    FILE    DEPT.    CLOCK   NUMBER
**TSP**   103270  001028   03270   0022072857   1
FAL 00004159
058-0001

# Earni

*SKF USA INC.*
*PO BOX 352*
*LANSDALE, PA 19446*

Period Be
Period Er
Pay  Date

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:     0
   NY:        0
   PA:        N/A

**MAR**
**1386**
**RUSS**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.9900 | 39.00 | 974.61 | 6,332.48 |
| O/T | 12.4900 | 7.00 | 87.46 | 461.06 |
| Doubletime | | | | 224.91 |
| Holiday | | | | 1,399.44 |
| Xmas Bonus | | | | 83.28 |
| **Gross Pay** | | | **$1,062.07** | 8,501.17 |

**Net Chec**

**\* Exclud**

Your fe
$1,002

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -85.60 | 652.64 |
| | Social Security Tax | -62.15 | 504.88 |
| | Medicare Tax | -14.54 | 118.08 |
| | NY State Income Tax | -47.24 | 388.41 |
| | NY Paid Family Leave Ins | | 13.01 |
| | **Other** | | |
| | Add'l Life Ins | -7.79 | 46.74 |
| | Child Life Ins | -0.40 | 2.40 |
| | Health Care Fls | -41.67* | 250.02 |
| | Medical Pretax | -18.00* | 108.00 |
| | N.Y. P F L-Curr | -1.62 | |
| | Spouse Life | -1.15 | 6.90 |
| | Union Dues | -57.48 | 114.96 |
| | United Way | -0.60 | 4.20 |
| | 401K Loan | -136.73 | 957.11 |
| | 401K Contri | | 196.38 |
| | **Net Pay** | **$587.10** | |
| | Checking #1 | -150.00 | 1,050.00 |

**Other Be**
**Informati**
Hlth Plan
Ot Rate
401K Elig

Qtd 401-k
Ytd 401-k

**Importan**
YOUR COM

000189
CO.    FILE    DEPT.   CLOCK   NUMBER
**TSP**   103270  001028  03270   0022081669   1
FAL 00004159
059-0001

**Earni**

Period B

Period E

Pay Date

*SKF USA INC.*
*PO BOX 352*
*LANSDALE, PA 19446*

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:         0
  NY:              0
  PA:              N/A

**MAR**

**1386**

**RUS**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.9900 | 34.50 | 862.16 | 7,194.64 |
| O/T | 12.5000 | 2.50 | 31.24 | 492.30 |
| Doubletime | | | | 224.91 |
| Holiday | | | | 1,399.44 |
| Xmas Bonus | | | | 83.28 |
| Gross Pay | | | $893.40 | 9,394.57 |

**Net Chec**

\* Exclud

Your fe

**Other Be**

**Informat**

Hlth Plan

Ot Rate

401K Elig

Qtd 401-

Ytd 401-

**Importan**

YOUR COM

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -65.36 | 718.00 |
| | Social Security Tax | -51.69 | 556.57 |
| | Medicare Tax | -12.08 | 130.16 |
| | NY State Income Tax | -36.76 | 425.17 |
| | NY Paid Family Leave Ins | | 14.38 |
| | **Other** | | |
| | Add'l Life Ins | -7.79 | 54.53 |
| | Child Life Ins | -0.40 | 2.80 |
| | Health Care Fls | -41.67* | 291.69 |
| | Medical Pretax | -18.00* | 126.00 |
| | N.Y. P F L-Curr | -1.37 | |
| | Spouse Life | -1.15 | 8.05 |
| | United Way | -0.60 | 4.80 |
| | 401K Loan | -136.73 | 1,093.84 |
| | Union Dues | | 114.96 |
| | 401K Contri | | 196.38 |
| | **Net Pay** | **$519.80** | |
| | Checking #1 | -150.00 | 1,200.00 |

```
001130
CO.    FILE    DEPT.   CLOCK  NUMBER
TSP   103270 001028 03270  0022094958  1
               FAL 00004159
                        057-0001
```

**Earni**

*SKF USA INC.*
*PO BOX 352*
*LANSDALE, PA 19446*

Period B
Period E
Pay Date

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:    0
   NY:      0
   PA:     N/A

**MAR**
**1386**
**RUS**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.9900 | 35.50 | 887.15 | 8,081.79 |
| Holiday | 24.9900 | 8.00 | 199.92 | 1,599.36 |
| O/T | 12.4900 | 3.50 | 43.73 | 536.03 |
| Doubletime | | | | 224.91 |
| Xmas Bonus | | | | 83.28 |
| **Gross Pay** | | | **$1,130.80** | 10,525.37 |

**Net Chec**

**\* Exclud**

Your fe
$1,071

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -93.85 | 811.85 |
| | Social Security Tax | -66.41 | 622.98 |
| | Medicare Tax | -15.54 | 145.70 |
| | NY State Income Tax | -51.51 | 476.68 |
| | NY Paid Family Leave Ins | | 16.11 |
| | **Other** | | |
| | Add'l Life Ins | -7.79 | 62.32 |
| | Child Life Ins | -0.40 | 3.20 |
| | Health Care Fls | -41.67* | 333.36 |
| | Medical Pretax | -18.00* | 144.00 |
| | N.Y. P F L-Curr | -1.73 | |
| | Spouse Life | -1.15 | 9.20 |
| | United Way | -0.60 | 5.40 |
| | 401K Loan | -136.73 | 1,230.57 |
| | Union Dues | | 114.96 |
| | 401K Contri | | 196.38 |
| | **Net Pay** | **$695.42** | |
| | Checking #1 | -150.00 | 1,350.00 |

**Other Be**
**Informati**
Hlth Plan
Ot Rate
401K Elig

Qtd 401-
Ytd 401-

**Importan**
YOUR COM

000196
CO.      FILE     DEPT.    CLOCK   NUMBER
**TSP**   103270  001028   03270    0022105463   1
FAL 00004159
058-0001

*SKF USA INC.*
*PO BOX 352*
*LANSDALE, PA 19446*

**Earni**

Period E
Period E
Pay Dat

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:         0
   NY:              0
   PA:              N/A

**MAF**

**138(**

**RUS**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.9900 | 43.00 | 1,074.57 | 9,156.36 |
| O/T | 12.4900 | 3.00 | 37.48 | 573.51 |
| Doubletime | | | | 224.91 |
| Holiday | | | | 1,599.36 |
| Xmas Bonus | | | | 83.28 |
| **Gross Pay** | | | **$1,112.05** | 11,637.42 |

**Net Che**

**\* Exclud**

Your f(

$1,052

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -91.60 | 903.45 |
| | Social Security Tax | -65.24 | 688.22 |
| | Medicare Tax | -15.26 | 160.96 |
| | NY State Income Tax | -50.34 | 527.02 |
| | NY Paid Family Leave Ins | | 17.81 |
| | **Other** | | |
| | Add'l Life Ins | -7.79 | 70.11 |
| | Child Life Ins | -0.40 | 3.60 |
| | Health Care Fls | -41.67* | 375.03 |
| | Medical Pretax | -18.00* | 162.00 |
| | N.Y. P F L-Curr | -1.70 | |
| | Spouse Life | -1.15 | 10.35 |
| | United Way | -0.60 | 6.00 |
| | 401K Loan | -136.73 | 1,367.30 |
| | Union Dues | | 114.96 |
| | 401K Contri | | 196.38 |
| | **Net Pay** | | **$681.57** |
| | Checking #1 | -150.00 | 1,500.00 |

**Other B(**
**Informat**
Hlth Plan
Ot Rate
401K Elic

Qtd 401-
Ytd 401-I

**Importar**
YOUR CON

```
CO.     FILE    DEPT.   CLOCK   NUMBER
TSP    103270  001028  03270   0022117946    1
                       FAL 00004159
                                       059-0001
```

**Earni**

*SKF USA INC.*
*PO BOX 352*
*LANSDALE, PA 19446*

Period B
Period E
Pay Date

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:      0
  NY:         0
  PA:        N/A

**MAR**
**1386**
**RUS!**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.9900 | 43.50 | 1,087.07 | 10,243.43 |
| O/T | 12.4900 | 3.50 | 43.73 | 617.24 |
| Doubletime | | | | 224.91 |
| Holiday | | | | 1,599.36 |
| Xmas Bonus | | | | 83.28 |
| **Gross Pay** | | | **$1,130.80** | 12,768.22 |

**Net Chec**

\* Exclud

Your fe
$1,071

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -93.85 | 997.30 |
| Social Security Tax | -66.41 | 754.63 |
| Medicare Tax | -15.53 | 176.49 |
| NY State Income Tax | -51.51 | 578.53 |
| NY Paid Family Leave Ins | | 19.54 |

**Other**

| | this period | year to date |
|---|---|---|
| Add'l Life Ins | -7.79 | 77.90 |
| Child Life Ins | -0.40 | 4.00 |
| Health Care Fls | -41.67* | 416.70 |
| Medical Pretax | -18.00* | 180.00 |
| N.Y. P F L-Curr | -1.73 | |
| Spouse Life | -1.15 | 11.50 |
| Union Dues | -57.48 | 172.44 |
| United Way | -0.60 | 6.60 |
| 401K Loan | -136.73 | 1,504.03 |
| 401K Contri | | 196.38 |
| **Net Pay** | **$637.95** | |
| Checking #1 | -150.00 | 1,650.00 |

**Other Be**
**Informati**
Hlth Plan
Ot Rate
401K Elig

Qtd 401-K
Ytd 401-K

**Importan**
YOUR COMF

```
000311
CO.    FILE    DEPT.   CLOCK  NUMBER
TSP   103270  001028  03270   0022126914   1
                FAL 00004159
                          058-0001
```

**Earni**

*SKF USA INC.*
*PO BOX 352*
*LANSDALE, PA 19446*

Period E
Period E
Pay Date

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:      0
  NY:         0
  PA:        N/A

**MAF**
**138(**
**RUS**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.9900 | 38.00 | 949.62 | 11,193.05 |
| O/T | 12.5000 | 8.00 | 99.96 | 717.20 |
| Doubletime | | | | 224.91 |
| Holiday | | | | 1,599.36 |
| Xmas Bonus | | | | 83.28 |
| **Gross Pay** | | | **$1,049.58** | 13,817.80 |

**Net Che**

**\* Exclud**
  Your fe

**Other Be**
**Informat**
Hlth Plan
Ot Rate
401K Elig

Qtd 401-
Ytd 401-

**Importar**
YOUR CON

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -84.10 | 1,081.40 |
| | Social Security Tax | -61.38 | 816.01 |
| | Medicare Tax | -14.35 | 190.84 |
| | NY State Income Tax | -46.46 | 624.99 |
| | NY Paid Family Leave Ins | | 21.15 |
| | **Other** | | |
| | Add'l Life Ins | -7.79 | 85.69 |
| | Child Life Ins | -0.40 | 4.40 |
| | Health Care Fls | -41.67* | 458.37 |
| | Medical Pretax | -18.00* | 198.00 |
| | N.Y. P F L-Curr | -1.61 | |
| | Spouse Life | -1.15 | 12.65 |
| | United Way | -0.60 | 7.20 |
| | 401K Loan | -136.73 | 1,640.76 |
| | Union Dues | | 172.44 |
| | 401K Contri | | 196.38 |
| | **Net Pay** | **$635.34** | |
| | Checking #1 | -150.00 | 1,800.00 |

000725
CO.    FILE    DEPT.    CLOCK   NUMBER
**TSP**    103270  001028  03270    0022139055    1
FAL 00004159

062-0001

*SKF USA INC.*
*PO BOX 352*
*LANSDALE, PA 19446*

**Earn**

Period E
Period E
Pay Dat

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:    0
   NY:       0
   PA:      N/A

**MAF**
**138**
**RUS**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.9900 | 45.00 | 1,124.55 | 12,317.60 |
| O/T | 12.4900 | 5.00 | 62.47 | 779.67 |
| Doubletime | | | | 224.91 |
| Holiday | | | | 1,599.36 |
| Xmas Bonus | | | | 83.28 |
| **Gross Pay** | | | **$1,187.02** | 15,004.82 |

**Net Che**

\* Exclu

Your f
$1,127

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -100.59 | 1,181.99 |
| | Social Security Tax | -69.89 | 885.90 |
| | Medicare Tax | -16.35 | 207.19 |
| | NY State Income Tax | -55.00 | 679.99 |
| | NY Paid Family Leave Ins | | 22.97 |
| | **Other** | | |
| | Add'l Life Ins | -7.79 | 93.48 |
| | Child Life Ins | -0.40 | 4.80 |
| | Health Care Fls | -41.67* | 500.04 |
| | Medical Pretax | -18.00* | 216.00 |
| | N.Y. P F L-Curr | -1.82 | |
| | Spouse Life | -1.15 | 13.80 |
| | United Way | -0.60 | 7.80 |
| | 401K Loan | -136.73 | 1,777.49 |
| | Union Dues | | 172.44 |
| | 401K Contri | | 196.38 |
| | **Net Pay** | | **$737.03** |
| | Checking #1 | -150.00 | 1,950.00 |

**Other B**
**Informa**
Hlth Plan
Ot Rate
401K Eli

Qtd 401-
Ytd 401-

**Importa**
YOUR CON

```
000170
CO.    FILE    DEPT.   CLOCK  NUMBER
TSP    103270 001028  03270  0022149541   1
                      FAL 00004159
                           061-0001
```

**Earn**

*SKF USA INC.*
*PO BOX 352*
*LANSDALE, PA 19446*

Period E
Period E
Pay Dat

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:          0
  NY:               0
  PA:             N/A

MAF
138
RUS

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.9900 | 50.50 | 1,262.00 | 13,579.60 |
| O/T | 12.5000 | 10.50 | 131.20 | 910.87 |
| Doubletime | | | | 224.91 |
| Holiday | | | | 1,599.36 |
| Xmas Bonus | | | | 83.28 |
| **Gross Pay** | | | **$1,393.20** | 16,398.02 |

**Net Che**

\* Exclud

Your f
$1,333

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -125.33 | 1,307.32 |
| | Social Security Tax | -82.68 | 968.58 |
| | Medicare Tax | -19.33 | 226.52 |
| | NY State Income Tax | -67.80 | 747.79 |
| | NY Paid Family Leave Ins | | 25.10 |
| | **Other** | | |
| | Add'l Life Ins | -7.79 | 101.27 |
| | Child Life Ins | -0.40 | 5.20 |
| | Health Care Fls | -41.67* | 541.71 |
| | Medical Pretax | -18.00* | 234.00 |
| | N.Y. P F L-Curr | -2.13 | |
| | Spouse Life | -1.15 | 14.95 |
| | United Way | -0.60 | 8.40 |
| | 401K Loan | -136.73 | 1,914.22 |
| | Union Dues | | 172.44 |
| | 401K Contri | | 196.38 |
| | **Net Pay** | | **$889.59** |
| | Checking #1 | -150.00 | 2,100.00 |

**Other B**
**Informat**
Hlth Plan
Ot Rate
401K Elig
Ytd 401-

**Importar**
YOUR CON

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 19-10363-TPA** |
| | : | |
| **Mark Charles Sigular and** | : | **CHAPTER 13** |
| **Michelle Lee Sigular,** | : | |
| Debtors | : | |
| | : | |
| **Michelle Lee Sigular,** | : | |
| Movant | : | **Filed Pursuant to Rule 1007-4** |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Michelle Lee Sigular,** hereby state as follows:

1.) I am unemployed; therefore I am unable to provide paystubs from the past sixty (60) days.

2.) I have a daughter who lives with me and contributes $150.00 per month.

3.) I was required to file 2017 - 2018 tax returns; therefore I have submitted the same to the Trustee.

4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>April 23, 2019</u>          <u>/s/ Michelle Lee Sigular</u>
                                      Joint Debtor