**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-10363-TPA |
| | : | |
| Mark Charles Sigular and | : | |
| Michelle Lee Sigular, | : | Chapter 13 |
| Debtors, | : | |
| | : | Related to Docket No: 19 |
| Michelle Lee Sigular, | : | |
| Movant, | : | Hearing Date and Time: |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**APPLICATION TO APPOINT SPECIAL COUNSEL**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **May 24, 2019** according to Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **June 12, 2019 at 10:00 a.m.** before Judge THOMAS P. AGRESTI, in Bankruptcy Courtroom, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: **May 7, 2019**

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814-724-1165

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Application to Appoint Special Counsel AND Notice of Hearing** by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: **May 7, 2019** | By:   /s/ *Clarissa Bayhurst* <br> CLARISSA BAYHURST, PARALEGAL <br> FOSTER LAW OFFICES <br> PO Box 966 <br> Meadville, PA 16335 <br> Tel 814-724-1165 <br> Fax 814-724-1158 |

MAILING MATRIX

Ally Financial
200 Renaissance Center
Detroit, MI 48243-1300

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Capital One
Po Box 30253
Salt Lake City, UT 84130-0253

Capital One / Maurices
Po Box 30258
Salt Lake City, UT 84130-0258

Capital One Bank Usa NA
Po Box 30281
Salt Lake City, UT 84130-0281

Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Chiari & Ilecki
c/o Melissa Overbeck Esquire
1 Delaware Road
Suite 110
Buffalo, NY 14217-2743

Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117-6217

Comenity Bank / Beallsfl
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank / Bonton
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank / Hot Topic
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank / Kay's Jewelers
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank / NY & Co
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank / Victoria Secret
Po Box 182789
Columbus, OH 43218-2789

Comenity Capital Bank / Overstock
Po Box 182120
Columbus, OH 43218-2120

Comenity Capital Bank / Zales
Po Box 182120
Columbus, OH 43218-2120

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Fnb Omaha
Po Box 3412
Omaha, NE 68103-0412

Hyundai Lease Titling Trust
PO Box 20825
Fountain Valley, CA 92728-0825

Kay Jewelers
375 Ghent Road
Akron, OH 44333-4600

Keybank Na
4910 Tiedman Road
Brooklyn, OH 44144-2338

Kia Motors Finance
10550 Talbert Avenue
Fountain Valley, CA 92708-6031

Macys / Dsnb
Po Box 8218
Mason, OH 45040-8218

Mercury Card / Fb&t / Tsys
1415 Warm Springs Road
Columbus, GA 31904-8366

Mfgrs & Traders Trust
Po Box 7678
Buffalo, NY 14240

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PRA Receivables Management, LLC
claims@recoverycorp.com

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pnc Bank, N.a.
1 Financial Parkway
Kalamazoo, MI 49009-8002

Pnc Mortgage
Po Box 8703
Dayton, OH 45401-8703

Mark Charles Sigular
Michelle Lee Sigular
1386 Thompson Hill Road
Russell, PA 16345-2526

Southern Chautauqua Federal CU
310 Fairmont Avenue
Jamestown, NY 14701-2846

Southern Chautauqua Federal Credit Union
c/o Chiari & Ilecki, LLP
1 Delaware Rd. Ste. 110
Buffalo, NY 14217-2743

Syncb / Amazon
Po Box 965015
Orlando, FL 32896-5015

Syncb / American Eagle DC
Po Box 965005
Orlando, FL 32896-5005

Syncb / At Home PLCC
Po Box 965013
Orlando, FL 32896-5013

Syncb / Care Credit
Po Box 965036
Orlando, FL 32896-5036

Syncb / Citgo
Po Box 965004
Orlando, FL 32896-5004

Syncb / JCPenney
Po Box 965007
Orlando, FL 32896-5007

Syncb / Lowes
Po Box 956005
Orlando, FL 32896-0001

Syncb / Paypal Extras Mc
Po Box 965005
Orlando, FL 32896-5005

Syncb / Sams Club
Po Box 965005
Orlando, FL 32896-5005

Syncb / Sams Club Dc
Po Box 965005
Orlando, FL 32896-5005

Syncb / Synchrony Home
Po Box 965036
Orlando, FL 32896-5036

Syncb / TJMaxx
Po Box 965015
Orlando, FL 32896-5015

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Usaa Savings Bank
10750 Mc Dermott
San Antonio, TX 78288-1600

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Webbank / Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

 Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com