| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Mark Charles Sigular** | Social Security number or ITIN | xxx–xx–3675 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Michelle Lee Sigular** | Social Security number or ITIN | xxx–xx–6388 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 4/10/19 |
| Case number: | 19–10363–TPA | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark Charles Sigular | Michelle Lee Sigular |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1386 Thompson Hill Road<br>Russell, PA 16345 | 1386 Thompson Hill Road<br>Russell, PA 16345 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 | Contact phone 814.724.1165<br><br>Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 5/7/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 25, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/26/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/19/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/7/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/25/19** at **11:00 AM**, Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                            United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                           Case No. 19-10363-TPA
Mark Charles Sigular                                             Chapter 13
Michelle Lee Sigular
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-1          User: aala                   Page 1 of 2                  Date Rcvd: May 07, 2019
                              Form ID: 309I                Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db/jdb         +Mark Charles Sigular,    Michelle Lee Sigular,    1386 Thompson Hill Road,
                 Russell, PA 16345-2526
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15030702       +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
15038849       +Chiari & Ilecki,    c/o Melissa Overbeck Esquire,    1 Delaware Road,    Suite 110,
                 Buffalo, NY 14217-2743
15030703       +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15030713       +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
15032739       +Hyundai Lease Titling Trust,     PO Box 20825,    Fountain Valley, CA 92728-0825
15030716       +Kia Motors Finance,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6031
15030718       +Mercury Card / Fb&t / Tsys,    1415 Warm Springs Road,    Columbus, GA 31904-8366
15030719        Mfgrs & Traders Trust,    Po Box 7678,    Buffalo, NY 14240
15030720       +Pnc Bank, N.a.,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
15030721       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
15030722       +Southern Chautauqua Federal CU,    310 Fairmont Avenue,    Jamestown, NY 14701-2846
15035357       +Southern Chautauqua Federal Credit Union,    c/o Chiari & Ilecki, LLP,     1 Delaware Rd. Ste. 110,
                 Buffalo, NY 14217-2743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dan@mrdebtbuster.com May 08 2019 02:34:31      Daniel P. Foster,
                 Foster Law Offices,    PO Box 966,    Meadville, PA   16335
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 08 2019 02:34:49      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 08 2019 02:34:53
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM May 08 2019 06:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15030696       +EDI: GMACFS.COM May 08 2019 06:33:00      Ally Financial,    200 Renaissance Center,
                 Detroit, MI 48243-1300
15030697       +EDI: AMEREXPR.COM May 08 2019 06:33:00      Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
15030698       +EDI: TSYS2.COM May 08 2019 06:33:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
15030699       +EDI: CAPITALONE.COM May 08 2019 06:33:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
15030700       +EDI: CAPITALONE.COM May 08 2019 06:33:00      Capital One / Maurices,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
15030701       +EDI: CAPITALONE.COM May 08 2019 06:33:00      Capital One Bank Usa NA,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
15030704       +EDI: WFNNB.COM May 08 2019 06:33:00      Comenity Bank / Beallsfl,    Po Box 182789,
                 Columbus, OH 43218-2789
15030705       +EDI: WFNNB.COM May 08 2019 06:33:00      Comenity Bank / Bonton,    Po Box 182789,
                 Columbus, OH 43218-2789
15030706       +EDI: WFNNB.COM May 08 2019 06:33:00      Comenity Bank / Hot Topic,    Po Box 182789,
                 Columbus, OH 43218-2789
15030707       +EDI: WFNNB.COM May 08 2019 06:33:00      Comenity Bank / Kay's Jewelers,    Po Box 182789,
                 Columbus, OH 43218-2789
15030708       +EDI: WFNNB.COM May 08 2019 06:33:00      Comenity Bank / NY & Co,    Po Box 182789,
                 Columbus, OH 43218-2789
15030709       +EDI: WFNNB.COM May 08 2019 06:33:00      Comenity Bank / Victoria Secret,    Po Box 182789,
                 Columbus, OH 43218-2789
15030710       +EDI: WFNNB.COM May 08 2019 06:33:00      Comenity Capital Bank / Overstock,    Po Box 182120,
                 Columbus, OH 43218-2120
15030711       +EDI: WFNNB.COM May 08 2019 06:33:00      Comenity Capital Bank / Zales,    Po Box 182120,
                 Columbus, OH 43218-2120
15030712        EDI: DISCOVER.COM May 08 2019 06:33:00      Discover Financial Services LLC,    PO Box 15316,
                 Wilmington, DE 19850
15034185        EDI: DISCOVER.COM May 08 2019 06:33:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH   43054-3025
15030714       +E-mail/Text: BKRMailOPS@weltman.com May 08 2019 02:34:41      Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
15030715       +E-mail/Text: key_bankruptcy_ebnc@keybank.com May 08 2019 02:35:00      Keybank Na,
                 4910 Tiedman Road,    Brooklyn, OH 44144-2338
15030717       +EDI: TSYS2.COM May 08 2019 06:33:00      Macys / Dsnb,    Po Box 8218,    Mason, OH 45040-8218
15030723       +EDI: RMSC.COM May 08 2019 06:33:00      Syncb / Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
15030724       +EDI: RMSC.COM May 08 2019 06:33:00      Syncb / American Eagle DC,    Po Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0315-1          User: aala                Page 2 of 2                   Date Rcvd: May 07, 2019
                              Form ID: 309I             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15030725       +EDI: RMSC.COM May 08 2019 06:33:00      Syncb / At Home PLCC,   Po Box 965013,
                 Orlando, FL 32896-5013
15030726       +EDI: RMSC.COM May 08 2019 06:33:00      Syncb / Care Credit,   Po Box 965036,
                 Orlando, FL 32896-5036
15030727       +EDI: RMSC.COM May 08 2019 06:33:00      Syncb / Citgo,   Po Box 965004,   Orlando, FL 32896-5004
15030728       +EDI: RMSC.COM May 08 2019 06:33:00      Syncb / JCPenney,   Po Box 965007,
                 Orlando, FL 32896-5007
15030729       +EDI: RMSC.COM May 08 2019 06:33:00      Syncb / Lowes,   Po Box 956005,   Orlando, FL 32896-0001
15030730       +EDI: RMSC.COM May 08 2019 06:33:00      Syncb / Paypal Extras Mc,   Po Box 965005,
                 Orlando, FL 32896-5005
15030731       +EDI: RMSC.COM May 08 2019 06:33:00      Syncb / Sams Club,   Po Box 965005,
                 Orlando, FL 32896-5005
15030732       +EDI: RMSC.COM May 08 2019 06:33:00      Syncb / Sams Club Dc,   Po Box 965005,
                 Orlando, FL 32896-5005
15030733       +EDI: RMSC.COM May 08 2019 06:33:00      Syncb / Synchrony Home,   Po Box 965036,
                 Orlando, FL 32896-5036
15030734       +EDI: RMSC.COM May 08 2019 06:33:00      Syncb / TJMaxx,   Po Box 965015,
                 Orlando, FL 32896-5015
15031693       +EDI: RMSC.COM May 08 2019 06:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
15030735       +EDI: USAA.COM May 08 2019 06:33:00      Usaa Savings Bank,   10750 Mc Dermott,
                 San Antonio, TX 78288-1600
15030736       +EDI: BLUESTEM May 08 2019 06:34:00      Webbank / Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 38

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor Mark Charles Sigular dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Michelle Lee Sigular dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```