**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 19-10363-TPA |
| Mark Charles Sigular and | : | |
| Michelle Lee Sigular, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Southern Chautauqua Federal CU, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:** **Southern Chautauqua Federal CU**
**Incorrect Address:** **310 Fairmount Avenue, Jamestown NY 14701-2846**
**Correct Address:** **168 East Fairmount Avenue, Lakewood NY 14750**

Respectfully Submitted,

Date: May 17, 2019

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors