**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-10363-TPA |
| | : | |
| Mark Charles Sigular and | : | |
| Michelle Lee Sigular, | : | Chapter 13 |
| Debtors, | : | |
| _____ | : | Related to Docket No: 28 |
| Michelle Lee Sigular, | : | |
| Movant, | : | Hearing Date and Time: |
| | : | June 12, 2019 at 10:00 am |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Clarissa Bayhurst, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Order Employing Special Counsel** by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **May 29 2019**         By:    /s/ *Clarissa Bayhurst*
                                                      CLARISSA BAYHURST, PARALEGAL
                                                      FOSTER LAW OFFICES
                                                      PO Box 966
                                                      Meadville, PA 16335
                                                      Tel 814-724-1165
                                                      Fax 814-724-1158

MAILING MATRIX

Ally Financial
200 Renaissance Center
Detroit, MI 48243-1300

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Capital One
Po Box 30253
Salt Lake City, UT 84130-0253

Capital One / Maurices
Po Box 30258
Salt Lake City, UT 84130-0258

Capital One Bank Usa NA
Po Box 30281
Salt Lake City, UT 84130-0281

Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Chiari & Ilecki
c/o Melissa Overbeck Esquire
1 Delaware Road
Suite 110
Buffalo, NY 14217-2743

Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117-6217

Comenity Bank / Beallsfl
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank / Bonton
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank / Hot Topic
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank / Kay's Jewelers
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank / NY & Co
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank / Victoria Secret
Po Box 182789
Columbus, OH 43218-2789

Comenity Capital Bank / Overstock
Po Box 182120
Columbus, OH 43218-2120

Comenity Capital Bank / Zales
Po Box 182120
Columbus, OH 43218-2120

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Fnb Omaha
Po Box 3412
Omaha, NE 68103-0412

Hyundai Lease Titling Trust
PO Box 20825
Fountain Valley, CA 92728-0825

Kay Jewelers
375 Ghent Road
Akron, OH 44333-4600

Keybank Na
4910 Tiedman Road
Brooklyn, OH 44144-2338

Kia Motors Finance
10550 Talbert Avenue
Fountain Valley, CA 92708-6031

Macys / Dsnb
Po Box 8218
Mason, OH 45040-8218

Mercury Card / Fb&t / Tsys
1415 Warm Springs Road
Columbus, GA 31904-8366

Mfgrs & Traders Trust
Po Box 7678
Buffalo, NY 14240

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PRA Receivables Management, LLC
claims@recoverycorp.com

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pnc Bank, N.a.
1 Financial Parkway
Kalamazoo, MI 49009-8002

Pnc Mortgage
Po Box 8703
Dayton, OH 45401-8703

Mark Charles Sigular
Michelle Lee Sigular
1386 Thompson Hill Road
Russell, PA 16345-2526

Southern Chautauqua Federal CU
310 Fairmont Avenue
Jamestown, NY 14701-2846

Southern Chautauqua Federal Credit Union
c/o Chiari & Ilecki, LLP
1 Delaware Rd. Ste. 110
Buffalo, NY 14217-2743

Syncb / Amazon
Po Box 965015
Orlando, FL 32896-5015

Syncb / American Eagle DC
Po Box 965005
Orlando, FL 32896-5005

Syncb / At Home PLCC
Po Box 965013
Orlando, FL 32896-5013

Syncb / Care Credit
Po Box 965036
Orlando, FL 32896-5036

Syncb / Citgo
Po Box 965004
Orlando, FL 32896-5004

Syncb / JCPenney
Po Box 965007
Orlando, FL 32896-5007

Syncb / Lowes
Po Box 956005
Orlando, FL 32896-0001

Syncb / Paypal Extras Mc
Po Box 965005
Orlando, FL 32896-5005

Syncb / Sams Club
Po Box 965005
Orlando, FL 32896-5005

Syncb / Sams Club Dc
Po Box 965005
Orlando, FL 32896-5005

Syncb / Synchrony Home
Po Box 965036
Orlando, FL 32896-5036

Syncb / TJMaxx
Po Box 965015
Orlando, FL 32896-5015

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Usaa Savings Bank
10750 Mc Dermott
San Antonio, TX 78288-1600

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Webbank / Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

 Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com