**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-10363-TPA |
| **Mark Charles Sigular and** | : | |
| **Michelle Lee Sigular,** | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Docket No.: 45 |
| **Mark Charles Sigular and** | : | |
| **Michelle Lee Sigular,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **June 10, 2020** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **June 23, 2021 at 11:30 AM** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website athttps://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current

COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

  Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>May 24, 2021</u>

                Respectfully submitted,
                <u>*/s/ Daniel P. Foster, Esquire*</u>
                Daniel P. Foster
                PA I.D. # 92376
                Foster Law Offices
                1210 Park Avenue
                Meadville, PA 16335
                Phone: 814.724.1165
                Fax: 814.724.1158
                Email:dan@mrdebtbuster.com
                Attorney for Debtors

**CERTIFICATE OF SERVICE**

     I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Terminate Wage Attachment and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: May 24, 2021 | *By: /s/ Kristen N. Dennis* |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.115 |

```
Label Matrix for local noticing        PRA Receivables Management, LLC         PRA Receivables Management, LLC
0315-1                                  POB 41067                               PO Box 41021
Case 19-10363-TPA                       Norfolk, VA 23541-1067                  Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Mon May 24 15:37:07 EDT 2021

1                                       Ally Financial                          American Express National Bank
U.S. Bankruptcy Court                   200 Renaissance Center                  c/o Becket and Lee LLP
U.S. Courthouse, Room B160              Detroit, MI 48243-1300                  PO Box 3001
17 South Park Row                                                               Malvern  PA 19355-0701
Erie, PA 16501-1169


Amex                                    Barclays Bank Delaware                  Capital One
Po Box 297871                           PO Box 8803                             Po Box 30253
Fort Lauderdale, FL 33329-7871          Wilmington, DE 19899-8803               Salt Lake City, UT 84130-0253



Capital One / Maurices                  Capital One Bank (USA), N.A.            Capital One Bank Usa NA
Po Box 30258                            by American InfoSource as agent         Po Box 30281
Salt Lake City, UT 84130-0258           PO Box 71083                            Salt Lake City, UT 84130-0281
                                        Charlotte, NC  28272-1083


Cbna                                    Chiari & Ilecki                         Citibank, N.A.
Po Box 6497                             c/o Melissa Overbeck Esquire            701 East 60th Street North
Sioux Falls, SD 57117-6497              1 Delaware Road                         Sioux Falls, SD 57104-0493
                                        Suite 110
                                        Buffalo, NY 14217-2743

Citicards Cbna                          Comenity Bank / Beallsfl                Comenity Bank / Bonton
Po Box 6217                             Po Box 182789                           Po Box 182789
Sioux Falls, SD 57117-6217              Columbus, OH 43218-2789                 Columbus, OH 43218-2789



Comenity Bank / Hot Topic               Comenity Bank / Kay's Jewelers          Comenity Bank / NY & Co
Po Box 182789                           Po Box 182789                           Po Box 182789
Columbus, OH 43218-2789                 Columbus, OH 43218-2789                 Columbus, OH 43218-2789



Comenity Bank / Victoria Secret         Comenity Capital Bank / Overstock       Comenity Capital Bank / Zales
Po Box 182789                           Po Box 182120                           Po Box 182120
Columbus, OH 43218-2789                 Columbus, OH 43218-2120                 Columbus, OH 43218-2120



Department Stores National Bank         Discover Bank                           (p)DISCOVER FINANCIAL SERVICES LLC
c/o Quantum3 Group LLC                  Discover Products Inc                   PO BOX 3025
PO Box 657                              PO Box 3025                             NEW ALBANY OH 43054-3025
Kirkland, WA  98083-0657                New Albany, OH  43054-3025



(p)PERI GARITE                          Fnb Omaha                               Hyundai Lease Titling Trust
ATTN CARD WORKS                         Po Box 3412                             PO Box 20825
101 CROSSWAYS PARK DR W                 Omaha, NE 68103-0412                    Fountain Valley, CA 92728-0825
WOODBURY NY 11797-2020
```

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kay Jewelers
375 Ghent Road
Akron, OH 44333-4600

Keybank Na
4910 Tiedman Road
Brooklyn, OH 44144-2338

Kia Motors Finance
10550 Talbert Avenue
Fountain Valley, CA 92708-6031

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M&T BANK
P.O. BOX 1508
BUFFALO, NY 14240-1508

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

Mercury Card / Fb&t / Tsys
1415 Warm Springs Road
Columbus, GA 31904-8366

Mfgrs & Traders Trust
Po Box 7678
Buffalo, NY 14240

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Southern Chautauqua Federal CU
168 East Fairmount Avenue
Lakewood, NY 14750-1942

Southern Chautauqua Federal Credit Union
c/o Chiari & Ilecki, LLP
1 Delaware Rd. Ste. 110
Buffalo, NY 14217-2743

Syncb / Amazon
Po Box 965015
Orlando, FL 32896-5015

Syncb / American Eagle DC
Po Box 965005
Orlando, FL 32896-5005

Syncb / At Home PLCC
Po Box 965013
Orlando, FL 32896-5013

Syncb / Care Credit
Po Box 965036
Orlando, FL 32896-5036

Syncb / Citgo
Po Box 965004
Orlando, FL 32896-5004

Syncb / JCPenney
Po Box 965007
Orlando, FL 32896-5007

Syncb / Lowes
Po Box 956005
Orlando, FL 32896-0001

Syncb / Paypal Extras Mc
Po Box 965005
Orlando, FL 32896-5005

Syncb / Sams Club
Po Box 965005
Orlando, FL 32896-5005

Syncb / Sams Club Dc
Po Box 965005
Orlando, FL 32896-5005

Syncb / Synchrony Home
Po Box 965036
Orlando, FL 32896-5036

Syncb / TJMaxx
Po Box 965015
Orlando, FL 32896-5015

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

```
Usaa Savings Bank                    Webbank / Fingerhut                 Charles S. DeAngelo
10750 Mc Dermott                     6250 Ridgewood Road                 Fessenden, Laumer & DeAngelo PLLC
San Antonio, TX 78288-1600           Saint Cloud, MN 56303-0820          81 Forest Avenue
                                                                         P.O. Box 0590
                                                                         Jamestown, NY 14702-0590


Daniel P. Foster                     Mark Charles Sigular                Michelle Lee Sigular
Foster Law Offices                   1386 Thompson Hill Road             1386 Thompson Hill Road
1210 Park Avenue                     Russell, PA 16345-2526              Russell, PA 16345-2526
Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial Services LLC      First National Bank of Omaha        Jefferson Capital Systems LLC
PO Box 15316                         1620 Dodge St., Stop Code 3105      Po Box 7999
Wilmington, DE 19850                 Omaha, NE 68197                     Saint Cloud Mn 56302-9617


Macys / Dsnb                         PNC Bank, N.A.                      (d)PNC Bank, N.A.
Po Box 8218                          3232 Newmark Drive                  PO Box 94982
Mason, OH 45040                      Miamisburg, OH 45342                Cleveland, OH 44101


(d)Pnc Bank, N.a.                    (d)Pnc Mortgage                     Portfolio Recovery Associates, LLC
1 Financial Parkway                  Po Box 8703                         PO Box 41067
Kalamazoo, MI 49009                  Dayton, OH 45401                    Norfolk, VA 23541


(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC BANK NATIONAL  ASSOCIATION    End of Label Matrix
                                     Mailable recipients   66
                                     Bypassed recipients    1
                                     Total                 67
```