# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 19-10363-TPA |
| Mark Charles Sigular and | : | |
| Michelle Lee Sigular, | : | Chapter 13 |
|     Debtors | : | |
| | : | Docket No.: 47 |
| Mark Charles Sigular and | : | |
| Michelle Lee Sigular, | : | |
|     Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondent. | : | |

## CERTIFICATE OF NO OBJECTION

    The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the <u>Motion for Approval of Post-Petition Vehicle Financing</u>, filed on May 24, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than June 10, 2021.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>June 11, 2021</u>

Respectfully submitted,
<u>/s/ Daniel P. Foster, Esquire</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: <u>June 11, 2021</u> | *By: /s/ Kristen N. Dennis* <br> Kristen N. Dennis, PARALEGAL <br> FOSTER LAW OFFICES, LLC <br> 1210 Park Avenue <br> Meadville, PA 16335 <br> Tel 814.724.1165 <br> Fax 814.724.1158 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 19-10363-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Mon May 24 15:37:07 EDT 2021 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Ally Financial<br>200 Renaissance Center<br>Detroit, MI 48243-1300 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Capital One / Maurices<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank Usa NA<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Chiari & Ilecki<br>c/o Melissa Overbeck Esquire<br>1 Delaware Road<br>Suite 110<br>Buffalo, NY 14217-2743 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Citicards Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Comenity Bank / Beallsfl<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank / Bonton<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank / Hot Topic<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank / Kay's Jewelers<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank / NY & Co<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank / Victoria Secret<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Capital Bank / Overstock<br>Po Box 182120<br>Columbus, OH 43218-2120 | Comenity Capital Bank / Zales<br>Po Box 182120<br>Columbus, OH 43218-2120 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| (p)PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 | Fnb Omaha<br>Po Box 3412<br>Omaha, NE 68103-0412 | Hyundai Lease Titling Trust<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 |

| | | |
|---|---|---|
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kay Jewelers<br>375 Ghent Road<br>Akron, OH 44333-4600 | Keybank Na<br>4910 Tiedman Road<br>Brooklyn, OH 44144-2338 |
| Kia Motors Finance<br>10550 Talbert Avenue<br>Fountain Valley, CA 92708-6031 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | M&T BANK<br>P.O. BOX 1508<br>BUFFALO, NY 14240-1508 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Mercury Card / Fb&t / Tsys<br>1415 Warm Springs Road<br>Columbus, GA 31904-8366 | Mfgrs & Traders Trust<br>Po Box 7678<br>Buffalo, NY 14240 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Southern Chautauqua Federal CU<br>168 East Fairmount Avenue<br>Lakewood, NY 14750-1942 |
| Southern Chautauqua Federal Credit Union<br>c/o Chiari & Ilecki, LLP<br>1 Delaware Rd. Ste. 110<br>Buffalo, NY 14217-2743 | Syncb / Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Syncb / American Eagle DC<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb / At Home PLCC<br>Po Box 965013<br>Orlando, FL 32896-5013 | Syncb / Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / Citgo<br>Po Box 965004<br>Orlando, FL 32896-5004 |
| Syncb / JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb / Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Syncb / Paypal Extras Mc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb / Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / Sams Club Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / Synchrony Home<br>Po Box 965036<br>Orlando, FL 32896-5036 |
| Syncb / TJMaxx<br>Po Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

```
Usaa Savings Bank                    Webbank / Fingerhut                  Charles S. DeAngelo
10750 Mc Dermott                     6250 Ridgewood Road                  Fessenden, Laumer & DeAngelo PLLC
San Antonio, TX 78288-1600           Saint Cloud, MN 56303-0820           81 Forest Avenue
                                                                          P.O. Box 0590
                                                                          Jamestown, NY 14702-0590


Daniel P. Foster                     Mark Charles Sigular                 Michelle Lee Sigular
Foster Law Offices                   1386 Thompson Hill Road              1386 Thompson Hill Road
1210 Park Avenue                     Russell, PA 16345-2526               Russell, PA 16345-2526
Meadville, PA 16335-3110



Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

　　　　　The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
　　　　　by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial Services LLC      First National Bank of Omaha         Jefferson Capital Systems LLC
PO Box 15316                         1620 Dodge St., Stop Code 3105       Po Box 7999
Wilmington, DE 19850                 Omaha, NE 68197                      Saint Cloud Mn 56302-9617



Macys / Dsnb                         PNC Bank, N.A.                       (d)PNC Bank, N.A.
Po Box 8218                          3232 Newmark Drive                   PO Box 94982
Mason, OH 45040                      Miamisburg, OH 45342                 Cleveland, OH 44101



(d)Pnc Bank, N.a.                    (d)Pnc Mortgage                      Portfolio Recovery Associates, LLC
1 Financial Parkway                  Po Box 8703                          PO Box 41067
Kalamazoo, MI 49009                  Dayton, OH 45401                     Norfolk, VA 23541



(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

　　　　　The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC BANK NATIONAL ASSOCIATION     End of Label Matrix
                                     Mailable recipients    66
                                     Bypassed recipients     1
                                     Total                  67
```