# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 19-10363-TPA |
| | : | |
| **Mark Charles Sigular AND** | : | CHAPTER 13 |
| **Michelle Lee Sigular,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO(s): 53-55 |
| **Mark Charles Sigular AND** | : | |
| **Michelle Lee Sigular,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Kathryn Schwartz, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan, Notice of Proposed Modification and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: July 21, 2021

Respectfully submitted,
/s/ Kathryn Schwartz
Kathryn Schwartz
Head Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 19-10363-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Wed Jul 21 07:31:07 EDT 2021 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| Ally Financial<br>200 Renaissance Center<br>Detroit, MI 48243-1300 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One / Maurices<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank Usa NA<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Chiari & Ilecki<br>c/o Melissa Overbeck Esquire<br>1 Delaware Road<br>Suite 110<br>Buffalo, NY 14217-2743 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citicards Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 |
| Comenity Bank / Beallsfl<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank / Bonton<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank / Hot Topic<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank / Kay's Jewelers<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank / NY & Co<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank / Victoria Secret<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Capital Bank / Overstock<br>Po Box 182120<br>Columbus, OH 43218-2120 | Comenity Capital Bank / Zales<br>Po Box 182120<br>Columbus, OH 43218-2120 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 |

| | | |
|---|---|---|
| Fnb Omaha<br>Po Box 3412<br>Omaha, NE 68103-0412 | Hyundai Lease Titling Trust<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kay Jewelers<br>375 Ghent Road<br>Akron, OH 44333-4600 | Keybank Na<br>4910 Tiedman Road<br>Brooklyn, OH 44144-2338 | Kia Motors Finance<br>10550 Talbert Avenue<br>Fountain Valley, CA 92708-6031 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | M&T BANK<br>P.O. BOX 1508<br>BUFFALO, NY 14240-1508 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Mercury Card / Fb&t / Tsys<br>1415 Warm Springs Road<br>Columbus, GA 31904-8366 | Mfgrs & Traders Trust<br>Po Box 7678<br>Buffalo, NY 14240 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Southern Chautauqua Federal CU<br>168 East Fairmount Avenue<br>Lakewood, NY 14750-1942 | Southern Chautauqua Federal Credit Union<br>c/o Chiari & Ilecki, LLP<br>1 Delaware Rd. Ste. 110<br>Buffalo, NY 14217-2743 |
| Syncb / Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Syncb / American Eagle DC<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / At Home PLCC<br>Po Box 965013<br>Orlando, FL 32896-5013 |
| Syncb / Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / Citgo<br>Po Box 965004<br>Orlando, FL 32896-5004 | Syncb / JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Syncb / Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Syncb / Paypal Extras Mc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb / Sams Club Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / Synchrony Home<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / TJMaxx<br>Po Box 965015<br>Orlando, FL 32896-5015 |

| | | |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Usaa Savings Bank<br>10750 Mc Dermott<br>San Antonio, TX 78288-1600 |
| Webbank / Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Charles S. DeAngelo<br>Fessenden, Laumer & DeAngelo PLLC<br>81 Forest Avenue<br>P.O. Box 0590<br>Jamestown, NY 14702-0590 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 |
| Mark Charles Sigular<br>1386 Thompson Hill Road<br>Russell, PA 16345-2526 | Michelle Lee Sigular<br>1386 Thompson Hill Road<br>Russell, PA 16345-2526 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial Services LLC<br>PO Box 15316<br>Wilmington, DE 19850 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Macys / Dsnb<br>Po Box 8218<br>Mason, OH 45040 | PNC Bank, N.A.<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | (d)PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 |
| (d)Pnc Bank, N.a.<br>1 Financial Parkway<br>Kalamazoo, MI 49009 | (d)Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)PNC BANK NATIONAL ASSOCIATION | End of Label Matrix<br>Mailable recipients    68<br>Bypassed recipients    1<br>Total                  69 |