Certificate Number: 03088-PAW-DE-036726954

Bankruptcy Case Number: 19-10363



03088-PAW-DE-036726954

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 1, 2022</u>, at <u>7:33</u> o'clock <u>PM CDT</u>, <u>Michelle L Sigular</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>August 1, 2022</u>         By:   <u>/s/Doug Tonne</u>

                                    Name:   <u>Doug Tonne</u>

                                    Title:   <u>Counselor</u>