FILED
10/12/22 8:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  MARK CHARLES SIGULAR<br>MICHELLE LEE SIGULAR<br>           Debtor(s) | Case No.19-10363JAD |
| Ronda J. Winnecour, Trustee<br>  Movant<br>vs.<br>MARK CHARLES SIGULAR<br>MICHELLE LEE SIGULAR | Chapter 13<br><br>Document No. 70 |
| Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___12th___ day of __October__, 20_22_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Skf Usa Inc
Attn: Payroll Manager
890 Forty Foot Rd Pob 332
Kulpsville,PA 19443-

is hereby ordered to immediately terminate the attachment of the wages of MARK CHARLES SIGULAR, social security number XXX-XX-3675. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARK CHARLES SIGULAR.

BY THE COURT:

_____ dak

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10363-JAD |
| Mark Charles Sigular | Chapter 13 |
| Michelle Lee Sigular | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mark Charles Sigular, Michelle Lee Sigular, 1386 Thompson Hill Road, Russell, PA 16345-2526 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Mark Charles Sigular dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Michelle Lee Sigular dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Oct 12, 2022 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 6