**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 19-10363-JAD** |
| **Mark Charles Sigular AND** | : | **CHAPTER 13** |
| **Michelle Lee Sigular,** | : | |
| Debtors. | : | |
| | : | **RELATED TO DOCKET NO.: 74** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING**
**APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than November 4, 2022 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on **December 7, 2022, at 10:00 a.m**. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021* ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: October 18, 2022

> Respectfully submitted,
> */s/ Daniel P. Foster, Esquire*
> Daniel P. Foster
> PA I.D. # 92376
> Foster Law Offices
> 1210 Park Avenue
> Meadville, PA 16335
> Phone: 814.724.1165
> Fax: 814.724.1158
> Email:dan@mrdebtbuster.com
> Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Application of Foster Law Offices, LLC, Counsel to the Debtor, for Final Compensation, Local Form 08, Exhibit C, Proposed Order and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: October 18, 2022

By: */s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.115

```
Label Matrix for local noticing         PRA Receivables Management LLC          PRA Receivables Management, LLC
0315-1                                  POB 41067                                PO Box 41021
Case 19-10363-JAD                       Norfolk, VA 23541-1067                   Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Tue Oct 18 14:14:57 EDT 2022

1                                       Ally Financial                           American Express National Bank
U.S. Bankruptcy Court                   200 Renaissance Center                   c/o Becket and Lee LLP
U.S. Courthouse, Room B160              Detroit, MI 48243-1300                   PO Box 3001
17 South Park Row                                                                Malvern  PA 19355-0701
Erie, PA 16501-1169

Amex                                    Barclays Bank Delaware                   Capital One
Po Box 297871                           PO Box 8803                              Po Box 30253
Fort Lauderdale, FL 33329-7871          Wilmington, DE 19899-8803                Salt Lake City, UT 84130-0253


Capital One / Maurices                  Capital One Bank (USA), N.A.             Capital One Bank Usa NA
Po Box 30258                            by American InfoSource as agent          Po Box 30281
Salt Lake City, UT 84130-0258           PO Box 71083                             Salt Lake City, UT 84130-0281
                                        Charlotte, NC  28272-1083


Cbna                                    Chiari & Ilecki                          Citibank, N.A.
Po Box 6497                             c/o Melissa Overbeck Esquire             701 East 60th Street North
Sioux Falls, SD 57117-6497              1 Delaware Road                          Sioux Falls, SD 57104-0432
                                        Suite 110
                                        Buffalo, NY 14217-2743

Citicards Cbna                          Comenity Bank / Beallsfl                 Comenity Bank / Bonton
Po Box 6217                             Po Box 182789                            Po Box 182789
Sioux Falls, SD 57117-6217              Columbus, OH 43218-2789                  Columbus, OH 43218-2789


Comenity Bank / Hot Topic               Comenity Bank / Kay's Jewelers           Comenity Bank / NY & Co
Po Box 182789                           Po Box 182789                            Po Box 182789
Columbus, OH 43218-2789                 Columbus, OH 43218-2789                  Columbus, OH 43218-2789


Comenity Bank / Victoria Secret         Comenity Capital Bank / Overstock        Comenity Capital Bank / Zales
Po Box 182789                           Po Box 182120                            Po Box 182120
Columbus, OH 43218-2789                 Columbus, OH 43218-2120                  Columbus, OH 43218-2120


Department Stores National Bank         Discover Bank                            (p)DISCOVER FINANCIAL SERVICES LLC
c/o Quantum3 Group LLC                  Discover Products Inc                    PO BOX 3025
PO Box 657                              PO Box 3025                              NEW ALBANY OH 43054-3025
Kirkland, WA  98083-0657                New Albany, OH  43054-3025


(p)FIRST NATIONAL BANK OF OMAHA         Hyundai Lease Titling Trust              (p)JEFFERSON CAPITAL SYSTEMS LLC
1620 DODGE ST                           PO Box 20825                             PO BOX 7999
STOP CODE 3113                          Fountain Valley, CA 92728-0825           SAINT CLOUD MN 56302-7999
OMAHA NE 68102-1593
```

| | | |
|---|---|---|
| Kay Jewelers<br>375 Ghent Road<br>Akron, OH 44333-4600 | Keybank Na<br>4910 Tiedman Road<br>Brooklyn, OH 44144-2338 | Kia Motors Finance<br>10550 Talbert Avenue<br>Fountain Valley, CA 92708-6031 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | M&T BANK<br>P.O. BOX 1508<br>BUFFALO, NY 14240-1508 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Mercury Card / Fb&t / Tsys<br>1415 Warm Springs Road<br>Columbus, GA 31904-8366 | Mfgrs & Traders Trust<br>Po Box 7678<br>Buffalo, NY 14240 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Southern Chautauqua Federal CU<br>168 East Fairmount Avenue<br>Lakewood, NY 14750-1942 | Southern Chautauqua Federal Credit Union<br>c/o Chiari & Ilecki, LLP<br>1 Delaware Rd. Ste. 110<br>Buffalo, NY 14217-2743 |
| Syncb / Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Syncb / American Eagle DC<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / At Home PLCC<br>Po Box 965013<br>Orlando, FL 32896-5013 |
| Syncb / Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / Citgo<br>Po Box 965004<br>Orlando, FL 32896-5004 | Syncb / JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Syncb / Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Syncb / Paypal Extras Mc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb / Sams Club Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / Synchrony Home<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / TJMaxx<br>Po Box 965015<br>Orlando, FL 32896-5015 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Usaa Savings Bank<br>10750 Mc Dermott<br>San Antonio, TX 78288-1600 |

| | | |
|---|---|---|
| Webbank / Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Westlake Financial Services<br>3440 Flair Drive Lockbox # 840132<br>El Monte CA 91731-2823 | Charles S. DeAngelo<br>Fessenden, Laumer & DeAngelo PLLC<br>81 Forest Avenue<br>P.O. Box 0590<br>Jamestown, NY 14702-0590 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Mark Charles Sigular<br>1386 Thompson Hill Road<br>Russell, PA 16345-2526 | Michelle Lee Sigular<br>1386 Thompson Hill Road<br>Russell, PA 16345-2526 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial Services LLC<br>PO Box 15316<br>Wilmington, DE 19850 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | (d)Fnb Omaha<br>Po Box 3412<br>Omaha, NE 68103 |
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Macys / Dsnb<br>Po Box 8218<br>Mason, OH 45040 | PNC Bank, N.A.<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |
| (d)PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | (d)Pnc Bank, N.a.<br>1 Financial Parkway<br>Kalamazoo, MI 49009 | (d)Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)PNC BANK NATIONAL  ASSOCIATION | End of Label Matrix<br>Mailable recipients    66<br>Bypassed recipients     1<br>Total                   67 |