## CATEGORY LISTING OF TIME AND SERVICES ON BEHALF OF DEBTORS

*Category 1a - Attorney Case Administration, Preparation and Filing of Documents, Lien/Title Search*

*Category 1b - Paralegal Case Administration, Preparation and Filing of Documents, Lien/Title Search*

*Category 2 - Preparation for and Appearance at 341 Meeting of Creditors and Hearings*

*Category 3 - Claims Adminstration*

*Category 4a - Attorney Consultation and Communication with client, creditors, and other third parties*

*Category 4b - Paralegal Consultation and Communication with client, creditors, and other third parties*

*Category 5a - Attorney Fee Application Draft, Review, and Filing*

*Category 5b - Paralegal Fee Application Draft, Review, and Filing*

*Category 6 - Administrative Services, File Maintenance, Docket Review, Typing, and Service*

**LEGEND:**

*DPF - Daniel P Foster, Attorney [Practicing 18 years] Hourly rate: $250.00*

*KD - Kristen Dennis, Paralegal  [Employed 3 years] Hourly rate: $100.00*

*KS - Katie Schwartz, Administration/Paralegal [Employed 13 years] Hourly rate: $100*

| Date | Description | TimeKeeper | HRS | Rate | Cost | Category |
|---|---|---|---|---|---|---|
| 3/13/2019 | Initial Consultation for Ch 13 | DPF | 1 | NC | NC | 4a |
| 3/13/2019 | Set up new client A/R statement, new client file, phone call with client | KS | 1 | $ 100.00 | $ 100.00 | 6 |
| 4/9/2019 | Review client file. Draft & mail letter to client | DPF | 0.3 | $ 250.00 | $ 75.00 | 4a |
| 4/9/2019 | Preparatory Ch 13 case work; prior filing history, credit report, document preparation, lien search, judgment search, & send initial packet | KS | 3.5 | $ 100.00 | $ 350.00 | 1b & 4b |
| 4/10/2019 | Emergency file Ch 13 & phone call w/client | DPF | 2 | $ 250.00 | $ 500.00 | 1a & 4a |
| 4/10/2019 | Update Client file with deadlines & checklist | KS | 0.1 | $ 100.00 | $ 10.00 | 6 |
| 4/10/2019 | File Certificate of Credit Counseling | KS | 0.2 | $ 100.00 | $ 20.00 | 1b |
| 4/15/2019 | Review Return documents from client including bills, signature pages, questionaire, and paystubs. Request additional documentation. | KS | 0.5 | $ 100.00 | $ 50.00 | 6 |
| 4/16/2019 | Review Proof of Claim - Hyundai | DPF | 0.1 | $ 250.00 | $ 25.00 | 6 |
| 4/17/2019 | Send Notice of Filing via Fax to Attorney Overbeck; T/C with Client; review documents provided by Client | KD | 0.5 | $ 100.00 | $ 50.00 | 4b |
| 4/23/2019 | Review Results of Lien Search | DPF | 0.3 | $ 250.00 | $ 75.00 | 6 |
| 4/24/2019 | Prepare & File Motion to Extend Time | DPF | 0.5 | $ 250.00 | $ 125.00 | 1a |
| 4/25/2019 | Prepare follow-up package for client with requests for additional documents to complete petition, T/C with client, review and file correspondence received from Chapter 13 Trustee | KS | 1 | $ 100.00 | $ 100.00 | 1b |
| 4/26/2019 | Print & task-list Order to Extend Time | KS | 0.2 | $ 100.00 | $ 20.00 | 6 |
| 5/6/2019 | Mail Local 1A to Court House, Copy to File | KS | 0.2 | $ 100.00 | $ 20.00 | 6 |
| 5/6/2019 | Complete Petition & File Ch 13 Plan | DPF | 1.5 | $ 250.00 | $ 375.00 | 1a |
| 5/6/2019 | Prepare & File M to Attach Wages | DPF | 0.3 | $ 250.00 | $ 75.00 | 1a |
| 5/7/2019 | T/C and Email Correspondence with Attorney Charles S. DeAngelo and Staff re: his representation, fee agreement and affadavit needed to file App to Employ | DPF | 0.5 | $ 250.00 | $ 125.00 | 4a |
| 5/7/2019 | Draft & File App to Employ & NOH | DPF | 0.5 | $ 250.00 | $ 125.00 | 4a |
| 5/7/2019 | Serve App to Employ & NOH | KS | 0.3 | $ 100.00 | $ 30.00 | 6 |
| 5/8/2019 | Print & Serve Order, File COS | KS | 0.2 | $ 100.00 | $ 20.00 | 1b & 6 |
| 5/8/2019 | File Review, Draft & Mail Letter to client re: Chapter 13 Plan, plan payment and 341 hearing | DPF | 0.5 | $ 250.00 | $ 125.00 | 4a |

| Date | Description | Initials | Hours | Rate | | Amount | | Code |
|---|---|---|---|---|---|---|---|---|
| 5/8/2019 | Print & Serve Hearing Notice - 341 Meeting of Creditors | KS | 0.2 | $ | 100.00 | $ | 20.00 | 1b |
| 5/14/2019 | Email Correspondence with Client; Sent Proof of Insurance to M&T Bank | KS | 0.2 | $ | 100.00 | $ | 20.00 | 4b |
| 5/14/2019 | Review Proof of Claim - Key Bank | DPF | 0.1 | $ | 250.00 | $ | 25.00 | 6 |
| 5/17/2019 | T/C with Client; Draft & File Notice of Change of Address | DPF | 0.2 | $ | 250.00 | $ | 50.00 | 1a & 4a |
| 5/28/2019 | File CNO re: App to Employ | DPF | 0.2 | $ | 250.00 | $ | 50.00 | 1a |
| 5/28/2019 | Serve CNO | KS | 0.1 | $ | 100.00 | $ | 10.00 | 6 |
| 5/29/2019 | Review & Print Order; prepare COS; File | DPF | 0.2 | $ | 250.00 | $ | 50.00 | 1a |
| 5/28/2019 | Serve Order Granting App to Employ | KS | 0.1 | $ | 100.00 | $ | 10.00 | 6 |
| 6/3/2019 | Review Proof of Claim - M&T Bank | DPF | 0.1 | $ | 250.00 | $ | 25.00 | 6 |
| 6/25/2019 | Prep & attend 341 | DPF | 1 | $ | 250.00 | $ | 250.00 | 2 |
| 7/1/2019 | Print Interim Order Confirming Plan, draft & send letter to client. | DPF | 0.3 | $ | 250.00 | $ | 75.00 | 6 & 4a |
| 10/15/2019 | Prep & attend Conciliation | DPF | 1 | $ | 250.00 | $ | 250.00 | 2 |
| 10/18/2019 | Review/Print Order Confirming Plan, Update File and Task List | KS | 0.2 | $ | 100.00 | $ | 20.00 | 6 |
| 11/25/2019 | Review Letter from Attorney DeAngelo re: SS/Representation; T/C with Attorney DeAngelo re: same | DPF | 0.5 | $ | 250.00 | $ | 125.00 | 4a |
| 11/25/2019 | Review Correspondence from Citi | DPF | 0.2 | $ | 250.00 | $ | 50.00 | 6 |
| 12/17/2019 | Send letter to client re: plan confirmation | DPF | 0.2 | $ | 250.00 | $ | 50.00 | 4a |
| 2/20/2020 | Docket review re: transfer of Claim | DPF | 0.2 | $ | 250.00 | $ | 50.00 | 6 |
| 4/15/2020 | Prepare & File Declaration re: notice of mortgage payment change claim | DPF | 0.3 | $ | 250.00 | $ | 75.00 | 1a |
| 4/15/2020 | Serve Declaration re: notice of mortgage payment change claim | KS | 0.2 | $ | 100.00 | $ | 20.00 | 6 |
| 4/7/2021 | Prepare & File Declaration re: notice of mortgage payment change claim | DPF | 0.3 | $ | 250.00 | $ | 75.00 | 1a |
| 4/7/2021 | Serve Declaration re: notice of mortgage payment change claim | KS | 0.2 | $ | 100.00 | $ | 20.00 | 6 |
| 5/24/2021 | Draft & File M to Approve PP Veh Financing and NOH; T/C with Client | DPF | 0.7 | $ | 250.00 | $ | 175.00 | 1a |
| 5/24/2021 | Serve M to Approve PP Veh & NOH | KS | 0.1 | $ | 100.00 | $ | 10.00 | 6 |
| 6/11/2021 | File CNO re: M to Approve PP Veh Fin | DPF | 0.2 | $ | 250.00 | $ | 50.00 | 1a |
| 6/11/2021 | Serve CNO | KS | 0.1 | $ | 100.00 | $ | 10.00 | 6 |
| 6/18/2021 | Draft & file Staus Report | DPF | 0.5 | $ | 250.00 | $ | 125.00 | 1a |
| 7/15/2021 | Draft & file Amd Ch 13 Plan | DPF | 1.5 | $ | 250.00 | $ | 375.00 | 1a |
| 7/19/2021 | Address CE; re-file Amd Ch 13 Plan | DPF | 0.5 | $ | 250.00 | $ | 125.00 | 1a |
| 7/19/2021 | Draft & Send Letter to Client re: Amended Plan | DPF | 0.5 | $ | 250.00 | $ | 125.00 | 1a |
| 7/19/2021 | Prepare & File Amd M to Attach Wages | DPF | 0.3 | $ | 250.00 | $ | 75.00 | 1a |
| 7/21/2021 | Docket Review, Print & Serve Order Setting Hearing on the Amended Plan | DPF | 0.5 | $ | 250.00 | $ | 125.00 | 6 |
| 7/22/2021 | Print & Serve Order, File COS | KS | 0.2 | $ | 100.00 | $ | 20.00 | 1b & 6 |
| 9/28/2021 | Prep & attend Conciliation | DPF | 1 | $ | 250.00 | $ | 250.00 | 2 |
| 9/29/2021 | Review Proposed Ch 13 Plan Confirmation Order; file proposed Order with Court | DPF | 0.2 | $ | 250.00 | $ | 50.00 | 1a |
| 3/18/2022 | Prepare & File Declaration re: notice of mortgage payment change claim | DPF | 0.3 | $ | 250.00 | $ | 75.00 | 1a |
| 3/18/2022 | Serve Declaration re: notice of mortgage payment change claim | KS | 0.2 | $ | 100.00 | $ | 20.00 | 6 |
| 10/12/2022 | Docket Review; Print & Serve Order, File COS | KS | 0.2 | $ | 100.00 | $ | 20.00 | 1b & 6 |
| 10/17/2022 | Sent Letter to Client re: DEC Course | KD | 0.3 | $ | 100.00 | $ | 30.00 | 4b |
| 10/18/2022 | Review Docket & Prepare Fee Application | KS | 4 | $ | 100.00 | $ | 400.00 | 5b |
| 10/18/2022 | Update/Review/File Fee App | DPF | 1 | $ | 250.00 | $ | 250.00 | 5a |

## TOTAL TIME:

Total Hours: 33.50

**TOTAL Fees: $6,025.00**