**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 19-10363-JAD** |
| **Mark Charles Sigular AND** | : | **CHAPTER 13** |
| **Michelle Lee Sigular,** | : | |
| Debtors. | : | |
| | : | **RELATED TO DOCKET NO.: 74** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **Application of Foster Law Offices, LLC as counsel for the Debtor, for Final Compensation**, filed on October 18, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than November 4, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>November 7, 2022</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: November 7, 2022

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing         PRA Receivables Management LLC          PRA Receivables Management, LLC
0315-1                                  POB 41067                               PO Box 41021
Case 19-10363-JAD                       Norfolk, VA 23541-1067                  Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Mon Nov  7 11:02:27 EST 2022

1                                       Ally Financial                          American Express National Bank
U.S. Bankruptcy Court                   200 Renaissance Center                  c/o Becket and Lee LLP
U.S. Courthouse, Room B160              Detroit, MI 48243-1300                  PO Box 3001
17 South Park Row                                                               Malvern  PA 19355-0701
Erie, PA 16501-1169


Amex                                    Barclays Bank Delaware                  Capital One
Po Box 297871                           PO Box 8803                             Po Box 30253
Fort Lauderdale, FL 33329-7871          Wilmington, DE 19899-8803               Salt Lake City, UT 84130-0253



Capital One / Maurices                  Capital One Bank (USA), N.A.            Capital One Bank Usa NA
Po Box 30258                            by American InfoSource as agent         Po Box 30281
Salt Lake City, UT 84130-0258           PO Box 71083                            Salt Lake City, UT 84130-0281
                                        Charlotte, NC  28272-1083



Cbna                                    Chiari & Ilecki                         Citibank, N.A.
Po Box 6497                             c/o Melissa Overbeck Esquire            701 East 60th Street North
Sioux Falls, SD 57117-6497              1 Delaware Road                         Sioux Falls, SD 57104-0432
                                        Suite 110
                                        Buffalo, NY 14217-2743


Citicards Cbna                          Comenity Bank / Beallsfl                Comenity Bank / Bonton
Po Box 6217                             Po Box 182789                           Po Box 182789
Sioux Falls, SD 57117-6217              Columbus, OH 43218-2789                 Columbus, OH 43218-2789



Comenity Bank / Hot Topic               Comenity Bank / Kay's Jewelers          Comenity Bank / NY & Co
Po Box 182789                           Po Box 182789                           Po Box 182789
Columbus, OH 43218-2789                 Columbus, OH 43218-2789                 Columbus, OH 43218-2789



Comenity Bank / Victoria Secret         Comenity Capital Bank / Overstock       Comenity Capital Bank / Zales
Po Box 182789                           Po Box 182120                           Po Box 182120
Columbus, OH 43218-2789                 Columbus, OH 43218-2120                 Columbus, OH 43218-2120



Department Stores National Bank         Discover Bank                           (p)DISCOVER FINANCIAL SERVICES LLC
c/o Quantum3 Group LLC                  Discover Products Inc                   PO BOX 3025
PO Box 657                              PO Box 3025                             NEW ALBANY OH 43054-3025
Kirkland, WA  98083-0657                New Albany, OH  43054-3025



(p)FIRST NATIONAL BANK OF OMAHA         Hyundai Lease Titling Trust             (p)JEFFERSON CAPITAL SYSTEMS LLC
1620 DODGE ST                           PO Box 20825                            PO BOX 7999
STOP CODE 3113                          Fountain Valley, CA 92728-0825          SAINT CLOUD MN 56302-7999
OMAHA NE 68102-1593
```

| | | |
|---|---|---|
| Kay Jewelers<br>375 Ghent Road<br>Akron, OH 44333-4600 | Keybank Na<br>4910 Tiedman Road<br>Brooklyn, OH 44144-2338 | Kia Motors Finance<br>10550 Talbert Avenue<br>Fountain Valley, CA 92708-6031 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | M&T BANK<br>P.O. BOX 1508<br>BUFFALO, NY 14240-1508 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Mercury Card / Fb&t / Tsys<br>1415 Warm Springs Road<br>Columbus, GA 31904-8366 | Mfgrs & Traders Trust<br>Po Box 7678<br>Buffalo, NY 14240 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Southern Chautauqua Federal CU<br>168 East Fairmount Avenue<br>Lakewood, NY 14750-1942 | Southern Chautauqua Federal Credit Union<br>c/o Chiari & Ilecki, LLP<br>1 Delaware Rd. Ste. 110<br>Buffalo, NY 14217-2743 |
| Syncb / Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Syncb / American Eagle DC<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / At Home PLCC<br>Po Box 965013<br>Orlando, FL 32896-5013 |
| Syncb / Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / Citgo<br>Po Box 965004<br>Orlando, FL 32896-5004 | Syncb / JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Syncb / Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Syncb / Paypal Extras Mc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb / Sams Club Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb / Synchrony Home<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / TJMaxx<br>Po Box 965015<br>Orlando, FL 32896-5015 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Usaa Savings Bank<br>10750 Mc Dermott<br>San Antonio, TX 78288-1600 |

```
Webbank / Fingerhut                  Westlake Financial Services           Charles S. DeAngelo
6250 Ridgewood Road                  3440 Flair Drive Lockbox # 840132     Fessenden, Laumer & DeAngelo PLLC
Saint Cloud, MN 56303-0820           El Monte CA 91731-2823                81 Forest Avenue
                                                                           P.O. Box 0590
                                                                           Jamestown, NY 14702-0590


Daniel P. Foster                     Mark Charles Sigular                  Michelle Lee Sigular
Foster Law Offices                   1386 Thompson Hill Road               1386 Thompson Hill Road
1210 Park Avenue                     Russell, PA 16345-2526                Russell, PA 16345-2526
Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial Services LLC      First National Bank of Omaha          (d)Fnb Omaha
PO Box 15316                         1620 Dodge St., Stop Code 3105        Po Box 3412
Wilmington, DE 19850                 Omaha, NE 68197                       Omaha, NE 68103


Jefferson Capital Systems LLC        Macys / Dsnb                          PNC Bank, N.A.
Po Box 7999                          Po Box 8218                           3232 Newmark Drive
Saint Cloud Mn 56302-9617            Mason, OH 45040                       Miamisburg, OH 45342


(d)PNC Bank, N.A.                    (d)Pnc Bank, N.a.                     (d)Pnc Mortgage
PO Box 94982                         1 Financial Parkway                   Po Box 8703
Cleveland, OH 44101                  Kalamazoo, MI 49009                   Dayton, OH 45401


Portfolio Recovery Associates, LLC   (d)Portfolio Recovery Associates, LLC
PO Box 41067                         POB 12914
Norfolk, VA 23541                    Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC BANK NATIONAL  ASSOCIATION    End of Label Matrix
                                     Mailable recipients    66
                                     Bypassed recipients     1
                                     Total                  67
```