Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mark Charles Sigular**
**Michelle Lee Sigular**
Debtor(s)

Bankruptcy Case No.: 19−10363−JAD

Chapter: 13
Docket No.: 84 − 83

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of January, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 3/20/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/29/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/20/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-10363-JAD

Mark Charles Sigular     Chapter 13

Michelle Lee Sigular

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: Jan 27, 2023     Form ID: 408     Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Charles Sigular, Michelle Lee Sigular, 1386 Thompson Hill Road, Russell, PA 16345-2526 |
| sp | + | Charles S. DeAngelo, Fessenden, Laumer & DeAngelo PLLC, 81 Forest Avenue, P.O. Box 0590, Jamestown, NY 14702-0590 |
| 15038849 | + | Chiari & Ilecki, c/o Melissa Overbeck Esquire, 1 Delaware Road, Suite 110, Buffalo, NY 14217-2743 |
| 15030719 | | Mfgrs & Traders Trust, Po Box 7678, Buffalo, NY 14240 |
| 15030722 | + | Southern Chautauqua Federal CU, 168 East Fairmount Avenue, Lakewood, NY 14750-1942 |
| 15035357 | + | Southern Chautauqua Federal Credit Union, c/o Chiari & Ilecki, LLP, 1 Delaware Rd. Ste. 110, Buffalo, NY 14217-2743 |
| 15417371 | + | Westlake Financial Services, 3440 Flair Drive Lockbox # 840132, El Monte CA 91731-2823 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:16:57 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 28 2023 00:16:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15030696 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2023 00:15:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 15060056 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2023 00:17:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15030697 | + | Email/PDF: bncnotices@becket-lee.com | Jan 28 2023 00:29:37 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15030698 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 28 2023 00:15:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15030699 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:17:05 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15030700 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:17:04 | Capital One / Maurices, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15052365 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:17:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15030701 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:17:04 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15030702 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:09 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15073009 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:19 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15030703 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:20 | Citicards Cbna, Po Box 6217, Sioux Falls, SD |

Case 19-10363-JAD    Doc 85    Filed 01/29/23    Entered 01/30/23 00:28:24    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 66 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 57117-6217 |
| 15030704 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity Bank / Beallsfl, Po Box 182789, Columbus, OH 43218-2789 |
| 15030705 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15030706 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity Bank / Hot Topic, Po Box 182789, Columbus, OH 43218-2789 |
| 15030707 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity Bank / Kay's Jewelers, Po Box 182789, Columbus, OH 43218-2789 |
| 15030708 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity Bank / NY & Co, Po Box 182789, Columbus, OH 43218-2789 |
| 15030709 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity Bank / Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15030710 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity Capital Bank / Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 15030711 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Comenity Capital Bank / Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15030712 | | Email/Text: mrdiscen@discover.com | Jan 28 2023 00:15:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15030717 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2023 00:17:19 | Macys / Dsnb, Po Box 8218, Mason, OH 45040 |
| 15073011 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15034185 | | Email/Text: mrdiscen@discover.com | Jan 28 2023 00:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15052362 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 28 2023 00:15:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15030713 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 28 2023 00:15:00 | Fnb Omaha, Po Box 3412, Omaha, NE 68103 |
| 15032739 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 28 2023 00:16:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15070954 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2023 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15030714 | + | Email/Text: BKRMailOPS@weltman.com | Jan 28 2023 00:15:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15030715 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 28 2023 00:16:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15030716 | ^ | MEBN | Jan 28 2023 00:07:14 | Kia Motors Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 15052056 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:16:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15062110 | + | Email/Text: camanagement@mtb.com | Jan 28 2023 00:15:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15030718 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 28 2023 00:15:00 | Mercury Card / Fb&t / Tsys, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15049494 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2023 00:15:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15071430 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2023 00:15:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15030720 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2023 00:15:00 | Pnc Bank, N.a., 1 Financial Parkway, Kalamazoo, MI 49009 |

Case 19-10363-JAD   Doc 85   Filed 01/29/23   Entered 01/30/23 00:28:24   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 66 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15030721 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2023 00:15:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15201588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:17:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15072490 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:17:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15068114 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15068112 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15030723 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:05 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15030724 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:16:50 | Syncb / American Eagle DC, Po Box 965005, Orlando, FL 32896-5005 |
| 15030725 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:05 | Syncb / At Home PLCC, Po Box 965013, Orlando, FL 32896-5013 |
| 15030726 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:05 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15030727 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:03 | Syncb / Citgo, Po Box 965004, Orlando, FL 32896-5004 |
| 15030728 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:05 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15030729 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:16:51 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15030730 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:15 | Syncb / Paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 15030731 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:05 | Syncb / Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15030732 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:16:52 | Syncb / Sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15030733 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:05 | Syncb / Synchrony Home, Po Box 965036, Orlando, FL 32896-5036 |
| 15030734 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:03 | Syncb / TJMaxx, Po Box 965015, Orlando, FL 32896-5015 |
| 15068856 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15031693 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:16:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15030735 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 28 2023 00:15:00 | Usaa Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 15030736 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 28 2023 00:16:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 66 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Mark Charles Sigular dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Michelle Lee Sigular dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6