**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mark Charles Sigular<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3675<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Michelle Lee Sigular<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6388<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–10363–JAD

## Order of Discharge                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Mark Charles Sigular                              Michelle Lee Sigular

   <u>3/21/23</u>                                    **By the court:** <u>Jeffery A. Deller</u>
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark Charles Sigular  
Michelle Lee Sigular  
    Debtors

Case No. 19-10363-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Mar 21, 2023      Form ID: 3180W      Total Noticed: 68

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Charles Sigular, Michelle Lee Sigular, 1386 Thompson Hill Road, Russell, PA 16345-2526 |
| sp | + | Charles S. DeAngelo, Fessenden, Laumer & DeAngelo PLLC, 81 Forest Avenue, P.O. Box 0590, Jamestown, NY 14702-0590 |
| 15038849 | + | Chiari & Ilecki, c/o Melissa Overbeck Esquire, 1 Delaware Road, Suite 110, Buffalo, NY 14217-2743 |
| 15030719 | | Mfgrs & Traders Trust, Po Box 7678, Buffalo, NY 14240 |
| 15030722 | + | Southern Chautauqua Federal CU, 168 East Fairmount Avenue, Lakewood, NY 14750-1942 |
| 15035357 | + | Southern Chautauqua Federal Credit Union, c/o Chiari & Ilecki, LLP, 1 Delaware Rd. Ste. 110, Buffalo, NY 14217-2743 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 22 2023 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 22 2023 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Mar 22 2023 04:05:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | Mar 22 2023 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15030696 | + | EDI: GMACFS.COM | Mar 22 2023 04:05:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 15060056 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:22:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15030697 | + | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:22:37 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15030698 | + | EDI: TSYS2 | Mar 22 2023 04:05:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15030699 | + | EDI: CAPITALONE.COM | Mar 22 2023 04:05:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15030700 | + | EDI: CAPITALONE.COM | | |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 3180W | Total Noticed: 68 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15052365 | | EDI: CAPITALONE.COM | Mar 22 2023 04:05:00 | Capital One / Maurices, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15030701 | + | EDI: CAPITALONE.COM | Mar 22 2023 04:05:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15030702 | + | EDI: CITICORP.COM | Mar 22 2023 04:05:00 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15073009 | + | EDI: CITICORP.COM | Mar 22 2023 04:05:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15030703 | + | EDI: CITICORP.COM | Mar 22 2023 04:05:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15030704 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15030705 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenity Bank / Beallsfl, Po Box 182789, Columbus, OH 43218-2789 |
| 15030706 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15030707 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenity Bank / Hot Topic, Po Box 182789, Columbus, OH 43218-2789 |
| 15030708 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenity Bank / Kay's Jewelers, Po Box 182789, Columbus, OH 43218-2789 |
| 15030709 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenity Bank / NY & Co, Po Box 182789, Columbus, OH 43218-2789 |
| 15030710 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenity Bank / Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15030711 | + | EDI: WFNNB.COM | Mar 22 2023 04:05:00 | Comenity Capital Bank / Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 15030712 | | EDI: DISCOVER.COM | Mar 22 2023 04:05:00 | Comenity Capital Bank / Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15030717 | + | EDI: CITICORP.COM | Mar 22 2023 04:05:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15073011 | | EDI: Q3G.COM | Mar 22 2023 04:05:00 | Macys / Dsnb, Po Box 8218, Mason, OH 45040 |
| 15034185 | | EDI: DISCOVER.COM | Mar 22 2023 04:05:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15052362 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 22 2023 04:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15030713 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 22 2023 00:11:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15032739 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 22 2023 00:11:00 | Fnb Omaha, Po Box 3412, Omaha, NE 68103 |
| 15070954 | | EDI: JEFFERSONCAP.COM | Mar 22 2023 00:11:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15030714 | + | Email/Text: BKRMailOPS@weltman.com | Mar 22 2023 04:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15030715 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 22 2023 00:11:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15030716 | ^ | MEBN | Mar 22 2023 00:11:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15052056 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:07:03 | Kia Motors Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| | | | Mar 22 2023 00:10:15 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-10363-JAD    Doc 89    Filed 03/23/23    Entered 03/24/23 00:25:15    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 3180W | Total Noticed: 68 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15062110 | + Email/Text: camanagement@mtb.com | Mar 22 2023 00:11:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15030718 | + Email/Text: Mercury@ebn.phinsolutions.com | Mar 22 2023 00:11:00 | Mercury Card / Fb&t / Tsys, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15049494 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2023 00:11:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15071430 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2023 00:11:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15030720 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2023 00:11:00 | Pnc Bank, N.a., 1 Financial Parkway, Kalamazoo, MI 49009 |
| 15030721 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2023 00:11:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15201588 | EDI: PRA.COM | Mar 22 2023 04:05:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15072490 | EDI: PRA.COM | Mar 22 2023 04:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15068114 | EDI: Q3G.COM | Mar 22 2023 04:05:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15068112 | EDI: Q3G.COM | Mar 22 2023 04:05:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15030723 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15030724 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb / American Eagle DC, Po Box 965005, Orlando, FL 32896-5005 |
| 15030725 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb / At Home PLCC, Po Box 965013, Orlando, FL 32896-5013 |
| 15030726 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15030727 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb / Citgo, Po Box 965004, Orlando, FL 32896-5004 |
| 15030728 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15030729 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15030730 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb / Paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 15030731 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb / Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15030732 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb / Sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15030733 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb / Synchrony Home, Po Box 965036, Orlando, FL 32896-5036 |
| 15030734 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Syncb / TJMaxx, Po Box 965015, Orlando, FL 32896-5015 |
| 15068856 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15031693 | + EDI: RMSC.COM | Mar 22 2023 04:05:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| 15030735 | + EDI: USAA.COM | Mar 22 2023 04:05:00 | Usaa Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 15030736 | + EDI: BLUESTEM | Mar 22 2023 04:05:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15417371 | + EDI: WFFC.COM | Mar 22 2023 04:05:00 | Westlake Financial Services, 3440 Flair Drive Lockbox # 840132, El Monte CA 91731-2823 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| cr | | PNC BANK NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel P. Foster
on behalf of Debtor Mark Charles Sigular dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Joint Debtor Michelle Lee Sigular dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Maria Miksich
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6