IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/21/23 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MARK CHARLES SIGULAR
MICHELLE LEE SIGULAR
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-10363 JAD

Chapter 13

Related to ECF No. 83

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 21st day of March, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____  jah
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-10363-JAD

Mark Charles Sigular     Chapter 13

Michelle Lee Sigular

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: Mar 21, 2023     Form ID: pdf900     Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Charles Sigular, Michelle Lee Sigular, 1386 Thompson Hill Road, Russell, PA 16345-2526 |
| sp | + | Charles S. DeAngelo, Fessenden, Laumer & DeAngelo PLLC, 81 Forest Avenue, P.O. Box 0590, Jamestown, NY 14702-0590 |
| 15038849 | + | Chiari & Ilecki, c/o Melissa Overbeck Esquire, 1 Delaware Road, Suite 110, Buffalo, NY 14217-2743 |
| 15030719 | | Mfgrs & Traders Trust, Po Box 7678, Buffalo, NY 14240 |
| 15030722 | + | Southern Chautauqua Federal CU, 168 East Fairmount Avenue, Lakewood, NY 14750-1942 |
| 15035357 | + | Southern Chautauqua Federal Credit Union, c/o Chiari & Ilecki, LLP, 1 Delaware Rd. Ste. 110, Buffalo, NY 14217-2743 |
| 15417371 | + | Westlake Financial Services, 3440 Flair Drive Lockbox # 840132, El Monte CA 91731-2823 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2023 00:10:15 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 22 2023 00:22:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15030696 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 22 2023 00:10:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 15060056 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:22:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15030697 | + | Email/PDF: bncnotices@becket-lee.com | Mar 22 2023 00:22:30 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15030698 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 22 2023 00:11:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15030699 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2023 00:10:01 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15030700 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2023 00:09:39 | Capital One / Maurices, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15052365 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2023 00:09:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15030701 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2023 00:09:39 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15030702 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 00:10:15 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15073009 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 00:22:30 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15030703 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 00:22:46 | Citicards Cbna, Po Box 6217, Sioux Falls, SD |

Case 19-10363-JAD    Doc 90    Filed 03/23/23    Entered 03/24/23 00:25:15    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 21, 2023 | Form ID: pdf900 | Total Noticed: 66 |

| Recip ID | | Notice Type | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | 57117-6217 |
| 15030704 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:11:00 | Comenity Bank / Beallsfl, Po Box 182789, Columbus, OH 43218-2789 |
| 15030705 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:11:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15030706 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:11:00 | Comenity Bank / Hot Topic, Po Box 182789, Columbus, OH 43218-2789 |
| 15030707 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:11:00 | Comenity Bank / Kay's Jewelers, Po Box 182789, Columbus, OH 43218-2789 |
| 15030708 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:11:00 | Comenity Bank / NY & Co, Po Box 182789, Columbus, OH 43218-2789 |
| 15030709 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:11:00 | Comenity Bank / Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15030710 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:11:00 | Comenity Capital Bank / Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 15030711 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2023 00:11:00 | Comenity Capital Bank / Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 15030712 | | Email/Text: mrdiscen@discover.com | Mar 22 2023 00:10:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15030717 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2023 00:22:30 | Macys / Dsnb, Po Box 8218, Mason, OH 45040 |
| 15073011 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2023 00:11:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15034185 | | Email/Text: mrdiscen@discover.com | Mar 22 2023 00:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15052362 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 22 2023 00:11:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15030713 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 22 2023 00:11:00 | Fnb Omaha, Po Box 3412, Omaha, NE 68103 |
| 15032739 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 22 2023 00:11:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15070954 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 22 2023 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15030714 | + | Email/Text: BKRMailOPS@weltman.com | Mar 22 2023 00:11:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15030715 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 22 2023 00:11:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15030716 | ^ | MEBN | Mar 22 2023 00:07:04 | Kia Motors Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708-6031 |
| 15052056 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:10:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15062110 | + | Email/Text: camanagement@mtb.com | Mar 22 2023 00:11:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15030718 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 22 2023 00:11:00 | Mercury Card / Fb&t / Tsys, 1415 Warm Springs Road, Columbus, GA 31904-8366 |
| 15049494 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2023 00:11:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15071430 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2023 00:11:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15030720 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2023 00:11:00 | Pnc Bank, N.a., 1 Financial Parkway, Kalamazoo, MI 49009 |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: pdf900 | Total Noticed: 66 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15030721 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2023 00:11:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15201588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2023 00:09:43 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15072490 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2023 00:22:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15068114 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2023 00:11:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15068112 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2023 00:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15030723 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:10:13 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15030724 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:10:01 | Syncb / American Eagle DC, Po Box 965005, Orlando, FL 32896-5005 |
| 15030725 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:09:40 | Syncb / At Home PLCC, Po Box 965013, Orlando, FL 32896-5013 |
| 15030726 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:09:40 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15030727 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:10:01 | Syncb / Citgo, Po Box 965004, Orlando, FL 32896-5004 |
| 15030728 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:09:39 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15030729 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:09:39 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15030730 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:10:13 | Syncb / Paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 15030731 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:10:01 | Syncb / Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15030732 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:10:01 | Syncb / Sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15030733 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:10:13 | Syncb / Synchrony Home, Po Box 965036, Orlando, FL 32896-5036 |
| 15030734 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:09:40 | Syncb / TJMaxx, Po Box 965015, Orlando, FL 32896-5015 |
| 15068856 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:10:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15031693 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 22 2023 00:10:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15030735 | + | Email/Text: bkelectronicnotices@usaa.com | Mar 22 2023 00:10:00 | Usaa Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 15030736 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 22 2023 00:11:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 59

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Mar 21, 2023 | Form ID: pdf900 | Total Noticed: 66

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel P. Foster
on behalf of Debtor Mark Charles Sigular dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Joint Debtor Michelle Lee Sigular dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Maria Miksich
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6